IN THE UNITED STATES DISTRICT COURT **FILED**

FOR THE EASTERN DISTRICT OF CALIFORNIA  APR 27 2016

CIVIL DIVISION

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

DONALD CATHERINE, pro se

  -against-

WELLS FARGO BANK N.A., *et al*
*and*
CLEAR RECON CORP

**Complaint and Request For Injunction**

Case No. 16 - CV - 8 7 8   MCE CKD PS

*CIVIL CASE FOR DAMAGES,*

*and*

*INJUNCTIVE RELIEF FROM ILLEGAL FORECLOSURE*

## I.    The Parties to This Complaint

### A.    The Plaintiff

| | |
|---|---|
| Name | Donald Catherine |
| Street Address | 11 Milan Court |
| City and County | Sacramento |
| State and Zip Code | California 95831 |
| Telephone Number | (916) 393-3933 |

### B.    The Defendant(s)

Defendant No. 1

| | |
|---|---|
| Name | **WELLS FARGO BANK N.A., et al** |
| Street Address | 420 Montgomery Street |
| City and County | San Francisco |
| State and Zip Code | California, 94104 |
| Telephone Number | (415) 396-7392 |

| | |
|---|---|
| Name | WELLS FARGO BANK N.A. |
| Job or Title | General Council |
| Street Address | 45 Fremont Street, 27th Floor |
| City and County | San Francisco |
| State and Zip Code | California 94104 |
| Telephone Number | (480) 724-2000 |

Defendant No. 2

| | |
|---|---|
| Name | **CLEAR RECON CORP.** |
| Street Address | 4375 Jutland Drive Suite 200 |
| City and County | San Diego |
| State and Zip Code | California, 92117 |
| Telephone Number | (858) 750-7600 |

## II.    Basis for Jurisdiction

Under 28 U.S.C. § 1331, a case arising under the United States Constitution or Federal Laws or Treaties

The basis for federal court jurisdiction    [X] - Federal Question

### A.    15 USC 1692: Fair Debt Collections Practices Act

**809.** Validation of Debts

Defendant(s) Failed to verify the actual Debt owed by the Plaintiff (**Homeowner**)

**813.** Civil Liability

Defendant(s) are liable for remedies which should include but be not limited to actual and punitive damages.  Defendants should be held to a higher standard of accountability for ignoring the Plaintiffs repeated requests for "Debt Validation".

### B.    Consumer Financial Protection Bureau CFPB

Under the new CFPB rules the courts may order or grant compensation for "redress" if the Defendant fails to comply.

1.  The Defendants did not give the Homeowner accurate information about their foreclosure status when asked.

2.  The Defendants started "Conducting Foreclosure" while they are also working with a homeowner who submitted a complete mortgage assistance application. The new CFPB rules seeks to regulate the unfair shock of, "**Dual Tracking**".

### C.    Consumer Protection Act *Public Law No. 111-203, 124 Stat. 1376 (2010)*. **Dodd-Frank Act,** 12 C.F.R. 1024.41

> **Per the Dodd-Frank Act the Homeowner have a right to a Fair Loss Mitigation process, the homeowner was denied his right to see and evaluate critical information that was requested in writing.**

Per "**Section-4** the Error Resolution Process, and **Section-5** Respond to Information Request, the Homeowner requested to see documentation that verifies the pre-existence of a Mortgage Modification, or a HAMP Mortgage Modification that disqualifies or contributed to the Homeowner being "**DENIED**", assistance.

### III.  Case Summary and Statement of Facts

The defendant Wells Fargo Bank N.A. filed a Notice of Default with the intent to Foreclose upon the Plaintiff i.e. Homeowner.  The defendant Wells Fargo Bank by law under the Fair Debt Collections Practices Act sent the Plaintiff a Debt Validation Notice.  In response to the Debt Validation Notice by law under the Fair Debt Collections Practices Act the Plaintiff asked the defendant Wells Fargo Bank to Validate and or Verify the Debt.

In response to the Plaintiffs request, Wells Fargo sent the Homeowner the following documents.

- Deed of Trust executed 11/23/04  **(Exhibit 7)**
- World Savings Pick-A-Payment Loan Note execute 11/15/04  **(Exhibit 8)**
- Substitution of Trustee executed 10/29/15  **(Exhibit 9)**

Upon receipt of the documents above the Defendant informed Wells Fargo Bank in writing that the documents were in error and do not represent the Homeowner's Debt.  During various stages of the ensuing Foreclosure Process and the Homeowner seeking a workout option under the Wells Fargo Mortgage Assistance Program the Homeowner asked that the Debt be Verified. Upon 5 separate occasions in writing the Homeowner asked that the Debt be verified.  During phone conversations with Wells Fargo's Home Preservation Specialist the Homeowner verbally asked that the Debt be verified.  Every request made upon the defendant Wells Fargo Bank to have the Debt verified was ignored.

The Homeowner maintains that the "World Savings, Pick-A-Payment Loan" sent as verification of a debt or Note by the defendants, is passé and was later after closing legally modified and replaced by a new loan.  Thus the new Wells Fargo Modified Mortgage Loan or "Note", forms the bases for the Homeowners Debt.  Notwithstanding, Wells Fargo errored within its filing of the Notice of Default with Intent to Foreclose to include and or verify its own Wells Fargo Mortgage Debt.  Further Wells Fargo ignored the Homeowners written and verbal requests for verification of the Debt, which is the unverified Wells Fargo Modified Mortgage. **(Exhibit 3)**

Notwithstanding Wells Fargo Bank N.A. has errored and has failed to comply with both Federal and State Consumer Protection Laws, and the Fair Debt Collections Practices Act.  Thus the Plaintiff i.e. Homeowner seeks and asks the court for substantial Relief sought herein.

4

The Plaintiff reserves the right to amend and or correct any errors and or add omitted Claims in the complaint. The Plaintiff reserves the right to submit complete or new evidence after filing. The Plaintiff reserve the right to substitute legal counsel when he can legally afford counsel or a pro bono attorney takes over as counsel for the plaintiff. Plaintiff reserves the right to abandon and refile this lawsuit if a procedural error cannot be corrected or if substitute legal counsel deems it necessary to do so.

## IV.    Statement of Claim(s)

Cited in Section II are some of the Federal Consumer Protection Laws in place that protects Homeowners from being Illegally Foreclosed upon, and applicable to this case.

### Claim 1.)  – Failure to Validate the Debt

This lawsuit is a pre-emptive lawsuit intended to prevent an "Illegal Foreclosure" upon the Plaintiff Homeowner.   This lawsuit is also a lawsuit that will demonstrate that if the defendants were allowed to proceed with foreclosure their conduct would lead them to foreclose on a Debt that is passé, does not exist on the property, and or has a value of $0.

The court should consider the fact that both defendants Wells Fargo Bank N.A., and Clear Recon are Mortgage and Foreclosure Industry Experts.   Because they are experts their conduct should be held to a standard of strict accountability.   Per the Federal Fair Debt Collections Practices Act, on **5** separate dates and occasions during the Foreclosure and Home Loan Modification process the Homeowner asked or corresponded in writing to have his actual and current mortgage debt verified, specific to the Modified Mortgage Loan Documents that he signed.

| Dates of the Homeowners Written Request and or Correspondence about Debt Verification | | |
|---|---|---|
| November 24, 2015 | 1st Request | **Exhibit 2** |
| January 8, 2016 | 2nd Request | **Exhibit 3** |
| January 26, 2016 | 3rd Request | **Exhibit 4** |
| April 8, 2016 | 4th Request | **Exhibit 5** |
| April 26, 2016 | 5th Request | **Exhibit 6** |

Additional Verbal Requests were also made to Travis Johnson
the Wells Fargo Home Preservation Specialist

As of the date of this filing the defendants have not complied with the law by Validating or Verifying the Homeowners current Debt, therefore any foreclosure would be illegal.

Both Wells Fargo, and its Trustee Clear Recon have not at any time produced the original, nor a copy of a document signed by the Homeowner that verifies the existence of the Homeowners actual and current contractual debt against the property. Failure to produce the original signed documents when requested in writing by the homeowner violates both Federal and State Laws and renders any such documents and proceedings upon which they rely unenforceable.

The plaintiff is a simple Homeowner of common understanding and under the law has the right to request and receive verification of the signed home mortgage documents that clearly represents the homeowner's actual, true, and current debt.

-----------------------------------------------------------------------------------------------------

October 26, 2015  **(Exhibit 1)**
> Defendant Clear Recon the appointed Trustee for Defendant Wells Fargo Bank N.A., sent the plaintiff Homeowner a letter entitled, Debt Validation Notice.

November 24, 2015  **(Exhibit 2)**
> Homeowner disputed the Validity of the Debt, and ask Clear Recon to confirm or verify the Debt.

December 8, 2015  **(Exhibit 10)**
> The Homeowner receives Clear Recon's response by postal mail. Included in said mailing to verify the Homeowners Debt were copies of the following:

- Deed of Trust executed 11/23/04  **(Exhibit 7)**
- World Savings Pick-A-Payment Loan Note execute 11/15/04  **(Exhibit 8)**
- Substitution of Trustee executed 10/29/15  **(Exhibit 9)**

December 10, 2015  **(Exhibit 11)**

> Homeowner sent Clear Recon a letter stating that he needed time to look over and investigate the Deed of Trust, the Note, and the Substitution of Trustee and would respond within 30 days by 1/8/16. Clear Recon ignore the plaintiff's letter and request for time, and on December 30, 2015 filed a "Notice of Default".

> Homeowner asserts that his Consumer Rights were violated by the defendant's conduct and should result in the Relief requested herein.

-----------------------------------------------------------------------------------------------------

6

The "World Savings Pick-A-Payment" loan document (**Exhibit 8**), given to the homeowner by Wells Fargo, and Clear Recon to confirm the Debt is passé, is void and cannot stand by itself as contractually enforceable.   When the Homeowner sought to inform the Defends Wells Fargo and Clear Recon that they have not confirmed the Homeowners current debt his written requests went ignored. (**Exhibit 3**)

The Homeowner states that under the spirit and purpose of both Federal and State law that "Verification of the Debt", means most current signed "Notes", contracts or documents upon which the debts calculations are created and the contracted parties rely.

The Homeowner maintains that the "World Savings, Pick-A-Payment Loan" sent as verification of a debt or Note by the defendants, was later modified and replaced by a new loan.   Thus the new Modified Mortgage Loan or "Note", forms the bases for the Homeowners Debt.   Notwithstanding Wells Fargo has failed to produce the most current original signed Modified Mortgage Loan documents as requested by the borrower, i.e. homeowner.  (**Exhibit 3**)

The defendants Wells Fargo and its Trustee Clear Recon have the right to foreclose on the Deed of Trust (**Exhibit 7**), if they can prove the Deed of Trust is lawfully attached to a "Note or Debt of the Homeowner".   Notwithstanding Wells Fargo has failed to produce the original signed "Modified Mortgage Agreement" or "Loan Note" or any documents that legally and lawfully verifies the Homeowners most current debt obligation.

The Homeowner asserts that any Modified Mortgage Note upon which there has been performance, VOIDS the original note and under contract law the original note is by itself void and or unenforceable.

The Homeowner maintains that his Modified Mortgage as referenced by Wells Fargo in (**Exhibits 15 & 16**) is a new loan that was legally modified after loan closing in a way that changed all of the loan terms, attachments or attributes reflected in the original note. In general, mortgage loans with material modifications, such as changes to the original loan amount, interest rate, final maturity, security attachments, or product structure, are entirely new debts that must be properly and legally transacted Pursuant to both Federal and State Fair Debt Collection Practices Act, and Consumer Protection Laws.

**Claim 2.) - Illegal Dual Tracking**

In a separate but dependent Claim the Homeowner asserts that the defendants in whole or in part engaged in illegal "Dual Tracking" concurrently running an Active Foreclosure during the Mortgage Modification Process. The Homeowner declares and acknowledges that he never received notice of a Foreclosure Sale Date, but the active public is responding to April 28, 2016.

Email Proof of Active Foreclosure (**Exhibit 12**)

Exhibit 12 is from a Foreclosure Hero like many others that are
Googling my personal information and sending Emails, Mail, & Phone Calls

Wells Fargo has failed to provide the Homeowner with the actual status of the Foreclosure. If the Public is responding to a Projected and or Published Foreclosure Sale Date, the foreclosure is not suspended, nor inactive. It is very active and the proof of conductive activity are letters from investors, phone calls, emails, and people knocking on the Homeowners door, all telling the Homeowner that his **Foreclosure Sale Date is April 28, 2016**. Thus Wells Fargo is "Conducting an Active Dual Tracking Foreclosure Sale from the time the trustee published the Notice of Default.

Any court should agree that a Projected and or Published Foreclosure Sale Date is the primary dependent element of "Conducting an Active Foreclosure Sale" and directly contradicts Wells Fargo's statements and status notices of a suspended or unstoppable foreclosure:

- "As long as I am being evaluated for the Wells Fargo Loan Modification Assistance Program the Foreclosure process is **SUSPENDED**" **(Exhibit 12)** "

- "will not conduct a Foreclosure Sale, while your documents are being reviewed". **(Exhibit 13)**

- "If a foreclosure sale date has already been set, we will attempt to postpone the sale, but cannot guarantee it can be postponed". **(Exhibit 14)**

The Homeowner maintains that the defendants "Dual Tracking" activity has caused emotional harm and distress, is confusing and violates the rules and regulations of the Federal Consumer Financial Protection Bureau. Wells Fargo is known for foreclosing prematurely, therefore the Plaintiff brings forth this action asking for the Relief herein...

**Claim 3.)  - Denied Mortgage Assistance due to the existence of an
Unverified Modified Mortgage Debt**

The Homeowner's application for the Wells Fargo Bank Mortgage Assistance Program
was "Denied", for the following reason(s).

> Proprietary Step Rate Program  (**Exhibit 15**)
> You or a co-borrower have reached the allowable number of modifications.

> HAMP Tier 1 and 2  (**Exhibit 16**)
> You or a co-borrower have reached the allowable number of modifications.

Wells Fargo's decision to deny the Homeowner's Application for Mortgage Assistance
had nothing to do with the passé World Saving, Pick-A-Payment Loan.   Wells Fargo's
decision to deny the application for mortgage assistance was based on the current Wells
Fargo Modified Mortgage Loan Agreement that the defendants have failed to verify.

The Homeowner "Appealed" the decisions above by requesting Verification of the
"**MODIFICATION**" both verbally by phone with the Home Preservation Specialist
Travis Johnson and in writing on April 8th and April 21, 2016.  (**Exhibits 5 and 6**)

The Homeowners Appeal to the above decision was ignored.   The Homeowners Verbal
and Written Requests to have the Loan Modification Verified were ignored and on April
21, 2016 Wells Fargo "**CLOSED**" the homeowner's application for assistance for the
following reason, the Homeowner failed to provide required documents.   (**Exhibit 17**)

The closure of the application now allows Wells Fargo to foreclose within 7 days on its
Projected or Published Sale Date of April 28, 2016 without ever verifying the
Homeowner's Debt.

Per both Federal and State Law the defendants filed a Notice of Default upon the
Homeowner's property, however the defendants have failed when requested to present
evidence of the Original Modified Mortgage Debt that Wells Fargo sited in **Exhibits 15
and 16**.  Additionally no Deed of Trust was ever filed to secure the Modified Mortgage
Debt to the Homeowner's Property.   Thus per the defendants own expert conduct, actions
and evidentiary documents, the Plaintiff is entitled to specific Relief as requested herein.

By their own actions, own conduct, own expertise and own evidence both Wells Fargo and Clear Recon seeks to foreclose on a Deed of Trust and Debt that was fully settled, has a $0 value, and was replaced with a Modified Mortgage Debt that Wells Fargo failed to verify but sited in **Exhibits 15 and 16**. The defendants should not be allowed to submit any further documentary evidence of the Homeowners Modified Mortgage Debt because they are required by Federal and State Law to submit them upon the filing of the Notice of Default, and upon the demand of the borrower, i.e. Debtor, i.e. Homeowner. The defendant's opportunity to verify the actual, true, and current Homeowner's Modified Debt has passed.   Accordingly the defendants failed to follow both Federal and State Law and verify the Homeowner's Modified Mortgage Debt, thus the plaintiff is entitled to the specific Relief sought herein.

## 4. Claim 4 – Conflicting Information (Misrepresentation)

Wells Fargo's Home Preservation Specialist tell you one thing, but when you get the information from Wells Fargo in writing it says something else.

My Wells Fargo Home Preservation Specialist Travis Johnson called and told me that, "I was "DENIED" a HAMP Mortgage Modification because I have a HAMP Loan Mortgage Modification, already".

The written letter from Wells Fargo Banks says that the Homeowner was "**DENIED**", a Mortgage Modification Assistance because:

You or a co-borrower have reached the allowable number of modifications. (**Exhibit 16**)

**The Homeowner never knew that he had a HAMP Mortgage Loan of any type…**

In response to the statements above the Homeowner requested documentation verbally and in writing from Wells Fargo Bank to verify exactly which, Home Loan Modification Plan he is under.  Either the Wells Fargo In-house Plan or the HAMP Plan.  Wells Fargo has ignored or has failed to respond as required by both federal and State Consumer Protection Laws.  (**Exhibit 5**)  Thus the Plaintiff is entitled to the specific Relief sought herein.

## V: Relief

The act of Foreclosing on an Unverified Debt is prohibited under both Federal and State Laws. If Wells Fargo were allowed to proceed the Foreclosure would be Unlawful, Illegal and irreparable harm would be caused upon the Homeowner.

Notwithstanding, Wells Fargo erred within its filings and execution of the Notice of Default with Intent to Foreclose.

Additionally the defendants conduct of;

- Failing to respond to the Homeowner's Verbal & Written Requests, to have his debt verified, violates Federal and State Consumer Protection Laws,

- Dual Tracking the Unlawful Foreclosure with the Wells Fargo Mortgage Assistance Program, violates Federal and State Consumer Protection Laws,

- Material Misrepresentations caused by providing the Homeowner Conflicting Information about having and existing HAMP Loan, violates Federal and State Consumer Protection Laws.

These violations caused Emotional Pain and Suffering upon the Homeowner i.e. Plaintiff who is entitled to Relief......

1. The Plaintiff seeks and asks the court;

    For an "Immediate Injunction", to stop the defendants from foreclosing on the plaintiff's property at, 11 Milan Court Sacramento, California 95831.

2. The Plaintiff seeks and ask the court;

    To "Void the Notice of Default", and order that the Notice of Default be "Released".

3. The Plaintiff seeks and ask the court for a Summary Judgement of findings that;

    When the original Pick-A-Payment Mortgage Loan was legally modified into a new mortgage loan, that new Mortgage Loan, Note or Debt Instrument supersedes or voids the Pick-A-Payment Mortgage Loan, thus rendering the terms and agreements of the original Pick-A-Payment Mortgage Loan passé, void and unenforceable.

4. The Plaintiff seeks and asks the court for a Summary Judgment of findings that;
The "Pick-A-Payment" loan documents executed on 11/23/2004 given to the homeowner is insufficient evidence to prove and "Validate", the Homeowners current debt, as required by Law.

5. The Plaintiff seeks and ask the court for a Summary Judgment of findings that;
The "Pick-A-Payment Loan Note executed 11/23/04" evidence as submitted by both Wells Fargo Bank, and Clear Recon is void passé or a non-performing contractual debt instrument that has a value of $0.

6. The Plaintiff seeks and ask the court for a Summary Judgment of findings that;
The defendants did in fact ignore 5-Written Requests to Validate or Verify his Debt by the plaintiff and whereby doing so broke both Federal and State Fair Debt Collections Practices Act and Consumer Protection Laws by not producing the original, or a copy of the signed Modified Mortgage Loan Agreement when requested by the borrower, i.e. Homeowner.

7. The Plaintiff seeks and ask the court for a Summary Judgment of findings that;
Both Wells Fargo and Clear Recon are Industry Experts and their conduct violates the laws which they are required to follow,  defendants had 5 opportunities to comply but failed to do so, thus the defendants should be **barred** from producing, presenting or submitting the original, or a copy of the Homeowners Modified Mortgage Loan Agreement as defensive evidence during the course of this proceeding or any future legal proceeding upon which the defendants or their successors, assignees, or beneficiaries seek to present the Modified Mortgage Loan documents as evidence against the Homeowner (**Quiet Title**).

8. The Plaintiff seeks and ask the court for a Summary Judgment of findings that;
The current unverified Modified Mortgage Loan which Wells Fargo failed to verify and present at the time of filing the Notice of Default and prosecuting the

Foreclose Proceeding is an unsecure contractual debt and not attached by Deed of Trust to the homeowner's property, and shall remain as unsecured.

9. The Plaintiff seeks and ask the court for a Summary Judgment of findings that;
Due to the defendants failure to Validate and Verify any attachments to a Modified Mortgage Debt the "Deed of Trust executed 11/23/04", securing the World Savings Pick-A-Payment Loan is released and carries the same value of $0 and should be Reconveyed".

10. The Plaintiff seeks and ask the court for an order that:
Bars and Prohibits Wells Fargo Bank, its assignees or successors, et al, from filing documents or taking future legal action which will impact the Relief Granted to the Plaintiff herein.

11. The Plaintiff seeks and ask the court for a Summary Judgment of findings that;
All documents, figures, account statements, and notices, provided to the Homeowner prior to this lawsuit are insufficient evidence to verify or validate the Homeowner's Debt. The Homeowner's Debt would have, should have, and could only be established by the originally signed Wells Fargo Modified Mortgage Contract, which Wells Fargo has failed to verify.

12. The Plaintiff seeks and asks the court for a Summary Judgment of finding that;
Based upon the evidence documented and presented herein there is enough factual evidence that both Wells Fargo Bank, and Clear Recon violated Federal Consumer Protection Laws and thus Federal Trial by Jury is requested and may proceed on behalf of the plaintiff, i.e. Homeowner, Donald Catherine.

13. The plaintiff seeks and ask the court for Extended REMEDIES;

Actual Damages, to be Determined

Statutory Damages, to be Determined

Legal and Attorney Fees, to be Determined

Compensatory Damages, to be Determined

Emotional Pain and Suffering Damages, **$250,000.00**

*and* all costs related to this case, including Punitive Damages in the amount of

**$5,000,000.00** that sends a message to the Mortgage Industry that.....

"Modified Mortgage Loans are new Debt Instruments that must be lawfully

attached to a Deed of Trust and **VERIFIED**, when executing a Notice of Default

with the Intent to Foreclose"...

14

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  April 27, 2016

Signature of Plaintiff  _____

Printed Name of Plaintiff  _Donald Catherine_____

**Clear Recon Corp.**
**4375 Jutland Drive Suite 200**
**San Diego, California 92117**
**Phone: 858-750-7600**

Exhibit 1

Date: October 26, 2015

T.S. Number: 035408-CA
Loan Number:  ******9275

## DEBT VALIDATION NOTICE

1.   Please be advised this company represents **Wells Fargo Bank, N.A.** the creditor to whom the debt on the above-referenced home loan (hereinafter referred to as "the Debt") is owed. **Pursuant to the Federal Fair Debt Collection Practices Act, you are notified that:**

2.   As of **10/26/2015** the amount owed on the debt is **$235,330.31**. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Before forwarding payment, please contact us at the above address or phone number to obtain the current amount due. Please note that if you are not a borrower on the Debt, this notice is not intended and does not constitute an attempt to collect a debt against you personally. For further information, please write or call our office.

3.   Unless you, within thirty (30) days after receipt of the notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by us and by the creditor.

4.   If within thirty (30) days after receipt of the notice: (i) You notify this office (hereinafter "we" or "us") in writing that you dispute this debt, or any portion of it, then we will obtain and mail to you verification of this debt or a copy of any judgment against you; (ii) You request in writing that we obtain the name and address of the original creditor, if different from the current creditor, then we will obtain and mail it to you; (iii) You notify us in writing that you dispute this debt, or any portion of the debt, then we will cease collection of the debt, until we obtain verification of the debt, or a copy of any judgment, and mail it to you; (iv) You request in writing the name and address of the original creditor, if different from the current creditor, then we will cease collection of the debt, until we obtain the name and address of the original creditor and mail it to you.

**NOTICE: THIS MAY BE CONSIDERED AS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A CONSUMER DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY**

**IF YOU HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, WE DO NOT SEEK A MONEY JUDGMENT AGAINST YOU, BUT WE SEEK ONLY RECOVERY FROM THE COLLATERAL WHICH IS SECURITY FOR THE DEBT.**

Sincerely,

CLEAR RECON CORP.



**Donald Catherine**
11 Milan Court
Sacramento, Ca 95831

November 24, 2015

Exhibit 2

Clear Recon Corp
4375 Jutland Drive Suite 200
San Diego, California 92117

Pursuant to your letter attached dated October 26, 2015, I am disputing the validity of the debt, and the calculations of the amount owed as incorrect and inaccurate. Additionally I am working with a Wells Fargo Bank Home Preservation Specialist to prevent the entire forclosure process and expenses of forclosure.

It is my plans and intentions to work with Wells Fargo Bank and Keep Your Home California, to workout a resolution plan that will prevent forclosure and curtail added expenses affecting the disputed debt amount, especially during the time that I am working with both entities. I intend to work diligently and responsibly with both entities to prevent any and all forclusure actions and activities relating to my keeping my home.

Sincerely;

Donald Catherine

Donald Catherine

Faxed to:  (619) 590-1385 (Page 1 of 2)

## Donald Catherine
11 Milan Court
Sacramento, Ca 95831

January 8, 2016

Exhibit 3
Page 1 of 2

Clear Recon Corp
4375 Jutland Drive Suite 200
San Diego, California 92117

I am responding to the documents I received by US Mail December 8, 2015.

The **documents enclosed are in error** and do not address my dispute of the "Validity of the Debt", and the calculations of the amount owed in regards to my signed Mortgage Loan with Wells Fargo Bank.

Per the law under 15 U.S.C. 1692, and or other sections you are required to supply me with an accounting of my actual debt due. Clarity of the debt you are collecting must be discernable and applicable specific to the documents that I signed. Before you file a Notice of Default, I have the right to have the debt verified, which you have not verified by the documents that you sent. Further advising me to contact my Mortgagor does not amount to verification of the debt.

Additionally, the law gives me 30 days to respond to any documents that I receive from you. Your 12/1/15 letter sent to me by US Mail was immediately responded to by me stating that I would respond to the enclosed documents within 30 day, on or before 1/8/2016.

**809. Validation of Debts** [15 USC 1692g]

Your failure to provide me my verified debt information, failing to give me time to respond to pertinent correspondence, and filing the Notice of Default while the debt is being actively verified, violates the Rules and Procedures under the Fair Debt Collections Act.

"By law your failing the above requires you to cease all Collection Actions."

Faxed 1/8/16 to:  (619) 590-1385 (Page 1 of 2)

Exhibit 3
Page 2 of 2

Additionally the documents you sent me includes a copy of a document entitled "Substitution of Trustee".   I am not aware of what this document means, why you sent it, and how or why it can be recorded without my knowledge or permission.  Your sending me a copy hidden within the invalid disputed contents seems very deceptive and wrong, thus I imminently contest its creation, recording, and declare its receipt to be unlawful, unmerited, and without purpose.

Thus, I am requesting and demanding that the filed, "**Notice of Default be Immediately Released**" from any Public Records", as procedurally incorrect, and not be refiled.  Additionally I am requesting an "**Arbitration Hearing**" on the issue of your failure to provide me an Accurate Accounting of the Debt Owed when a partial payment is unacceptable, and providing me with documentation that does not verify my debt.

Furthermore I will be seeking and outlining potential damages that may result from the premature filing of the Notice of Default when the Debt Collector fails to comply with the rules per... **809. Validation of Debts** [15 USC 1692g]

> With the filing of the "**Notice of Default**" I am no longer qualified for assistance from Keep Your Home California which would have paid my total arrears, Back Taxes, Utilities and Home Owner Dues, to give me a new start.
>
> I currently have an active application pending with the Wells Fargo Mortgage Loan Modification Program.  The filed "Notice of Default" directly damages and impacts my being able to successfully participate with their program.

My mailbox is full of mail and my phone is ringing off the hook, from Realtor's, and Private Parties responding to a Notice of Default that has been filed against my property on **December 30, 2015**.  Receiving lots of mail is one thing, but the notes on my door and phone calls and the people telling me they are **Bing-ing, Yahoo-ing and Googling My Personal Information** to contact me is another type of Damages, which includes Emotional Pain and Suffering.

Sincerely;

Donald Catherine

Donald Catherine                    Faxed 1/8/16 to:  (619) 590-1385 (Page 2 of 2)

# Donald Catherine
11 Milan Court
Sacramento, Ca  95831

January 26, 2016

Exhibit 4

**Clear Recon Corp**
4375 Jutland Drive Suite 200
San Diego, Ca  92117

Attached please find a copy of my letter requesting that you immediately "Release the Notice of Default", that you filed in regards to my property located at:

**11 Milan Court
Sacramento, Ca 95831**

Every day mentally and emotionally I am sifting thru emails, postal mail, and phone calls from realtors, investors and private buyers regarding the "Notice of Default", filed against my property.

I have not heard from your company so I am renewing my request or demand that you immediately **"Release the Notice of Default"**.  Your non-response to my communications means that you are purposefully and intentionally ignoring me as if your company complied 100% with the Collection Laws and Guidelines that you are obligated to follow.

The law is specific that debtors have the legal rights to have the Debt Verified, and debtors have 30 calendar days to respond to any written documents.

Choosing to ignore me further adds to the trauma that I am experiencing.  Your purposeful lack of response to my communications violates my rights and ability to respond to the Notice of Default that you filed.  **I am also demanding that you stop all collection actions until such time that you respond to my written communications.**

Please "Release the Notice of Default", "Stop all Collections Action", and "Respond to my Written Communications" immediately, per the law under 15 U.S.C. 1692 and Debt Collections Regulations.

Sincerely;

Donald Catherine

Faxed: 1/26/16 to (619) 590-1385 (3- Total Pages)

Exhibit 5

# Appeal Request Form

Carefully read over the letter that came with this form, which states Wells Fargo's decision. If you believe our decision is incorrect and want to appeal the decision, we recommend you use this form to submit a written appeal.

**Important:**
- We must receive your written request for an appeal or a phone-initiated appeal request within 30 days from the date of this letter, or we will not move forward with a review of the decision. While not required, please provide any additional information (as applicable) that will help us look into your request.
- If you are disputing the value of your property used in the decision, you must indicate the specific value you believe is more accurate in your explanation below.

Please explain the reason you disagree with the decision.

*Wells Fargo states that I do not qualify for the HAMP Teir 1 and 2 Mortgage Modification program because I am already under the HAMP Mortgage Modification Program. I am appealing this decision and requesting documentation that verifies that I am under a HAMP approved Program. I cannot adequately respond to this decision until I have had a period of time to review the requested documentation from Wells Fargo Bank.*

**Select and check the box that best applies to your request:**

( ) Option A. I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.

(X) Option B. I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo does not receive my additional information within 30 days from the date of this letter, Wells Fargo will immediately move forward with a review of the decision.

**Please note:** If you do not specify your intention for providing additional information by selecting one of the two options above, Wells Fargo will follow the process described in Option B.

Be sure to include your loan number on any supporting documents.

DONALD CATHERINE
0482559275
Primary contact phone number: **(916) 393-3933**
Other contact phone numbers: _____

Best day and time to call: *12 Noon to 2 pm*

| **Mail your appeal request to:** | **Or fax your appeal request to:** |
|---|---|
| 1000 Blue Gentian Road | 1-866-590-8910 |
| Suite 300 MAC X9999-01N | |
| Eagan, MN 55121 | |

*Fax 4-8-16*
*Donald Catherine*



# Appeal Request Form

*Exhibit J-6* (handwritten)

Carefully read over the letter that came with this form, which states Wells Fargo's decision. If you believe our decision is incorrect and want to appeal the decision, we recommend you use this form to submit a written appeal.

**Important:**
- We must receive your written request for an appeal or a phone-initiated appeal request within 30 days from the date of this letter, or we will not move forward with a review of the decision. While not required, please provide any additional information (as applicable) that will help us look into your request.
- If you are disputing the value of your property used in the decision, you must indicate the specific value you believe is more accurate in your explanation below.

Please explain the reason you disagree with the decision.

*Attached is a copy of my appeal, I have not received any of the documents requested, or a response to my request(s)*

*Attached is a copy of my addition income documents that I promised to send in upon receipt from Social Security, per my Home Preservations specialist the additional income I should qualify me for a program.*

**Select and check the box that best applies to your request:**

( ) **Option A.** I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.

(X) **Option B.** I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo does not receive my additional information within 30 days from the date of this letter, Wells Fargo will immediately move forward with a review of the decision.

**Please note:** If you do not specify your intention for providing additional information by selecting one of the two options above, Wells Fargo will follow the process described in Option B.

Be sure to include your loan number on any supporting documents.

DONALD CATHERINE
0482559275
Primary contact phone number: *(916) 393-3933*
Other contact phone numbers: _____

Best day and time to call: *12 noon to 2 pm*

**Mail your appeal request to:**
1000 Blue Gentian Road
Suite 300 MAC X9999-01N
Eagan, MN 55121

**Or fax your appeal request to:**
1-866-590-8910

*Fax 4-21-16*
*3-Total Pages*

7080482559275HP601

**RECORDING REQUESTED BY:**
WORLD SAVINGS BANK

When recorded return to:
Custom Title Solutions
2550 N. Redhill Avenue  *800507*
Santa Ana, CA 92705
(800) 756-3524 ext. 5913

LOAN NUMBER:   0026609941

NOTE AMOUNT:   $253,500.00

*800507*

Sacramento County Recording
Mark Norris, Clerk/Recorder
BOOK **20041123** PAGE **0542**
Tuesday, NOV 23, 2004  8:42:12 AM
Ttl Pd   $80.00      Nbr-0003214292

SPM/16/1-18

*Exhibit 7* (handwritten)

FOR RECORDER'S USE ONLY

## DEED OF TRUST

THIS IS A FIRST DEED OF TRUST WHICH SECURES A NOTE WHICH CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE, FREQUENCY AND AMOUNT OF PAYMENTS AND PRINCIPAL BALANCE (INCLUDING FUTURE ADVANCES AND DEFERRED INTEREST). AT LENDER'S OPTION THE SECURED NOTE MAY BE RENEWED OR RENEGOTIATED.

THE MAXIMUM AGGREGATE PRINCIPAL BALANCE SECURED BY THIS DEED OF TRUST IS   $316,875.00 WHICH IS  125% OF THE ORIGINAL PRINCIPAL NOTE AMOUNT.

---

I.   DEFINITIONS OF WORDS USED IN THIS DEED OF TRUST
   (A)   Security Instrument. This Deed of Trust, which is dated  NOVEMBER 15, 2004, will be called the "Security Instrument."

   (B)   Borrower. DONALD CATHERINE, AN UNMARRIED MAN

sometimes will be called "Borrower" and sometimes simply "I" or "me."

   (C)   Lender. WORLD SAVINGS BANK, FSB, * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ITS SUCCESSORS AND/OR ASSIGNEES, will be called "Lender." Lender is  A FEDERAL SAVINGS BANK * * * * * * * * * * *  which is organized and exists under the laws of the United States. Lender's address is 1901 HARRISON STREET, OAKLAND, CALIFORNIA  94612.

*003*

LENDER'S USE ONLY

SD001A (03.22.02/4-02) A01A                  **Page 1**                       CA
DEFERRED INTEREST                     DEED OF TRUST-ADJUSTABLE

WORLD SAVINGS BANK, FSB



# ADJUSTABLE RATE MORTGAGE NOTE
## PICK-A-PAYMENT LOAN

### CERTIFICATES OF DEPOSIT INDEX

**THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE, MY MONTHLY PAYMENT AND MY UNPAID PRINCIPAL BALANCE. MY MONTHLY PAYMENT INCREASES, MY INTEREST RATE INCREASES AND MY PRINCIPAL BALANCE INCREASES ARE LIMITED. THIS NOTE IS SECURED BY A SECURITY INSTRUMENT OF THE SAME DATE.**

LOAN NUMBER  **0028609941**                    DATE:  **NOVEMBER 15, 2004**

BORROWER(S)  **DONALD CATHERINE, AN UNMARRIED MAN**



sometimes called "Borrower" and sometimes simply called "I" or "me"

PROPERTY ADDRESS:  **11 MILAN COURT**
**SACRAMENTO, CA  95831**

**1.  BORROWER'S PROMISE TO PAY**
        In return for a loan that I have received, I promise to pay U.S **$253,500.00 * * * * *,** called "Principal," plus interest, to the order of the Lender. The Lender is **WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK * * * * * * * * * * * * * * * * *** ITS SUCCESSORS AND/OR ASSIGNEES, or anyone to whom this Note is transferred.

**2.  INTEREST**
        **(A)  Interest Rate**
        Interest will be charged on unpaid Principal until the full amount of Principal has been paid. I will pay interest at the yearly rate of **4.727% * * * *.** The interest rate I will pay may change as described in this Section 2. Interest will be charged on the basis of a twelve month year and a thirty day month

        The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 7(B) of this Note

        **(B)  Interest Change Dates**
        The interest rate I will pay may change on the **15TH** day of **JANUARY, 2005 * *** and on the same day every month thereafter. Each date on which my interest rate could change is called an "Interest Change Date." The new rate of interest will become effective on each Interest Change Date.

        **(C)  Interest Rate Limit**
        My lifetime maximum interest rate limit is **11.950%, *** called "Lifetime Rate Cap"

Recording requested by:
Clear Recon Corp.

When Recorded Mail To:
Clear Recon Corp.
4375 Jutland Drive Suite 200
San Diego, California 92117

**Sacramento County Recorder**
**Donna Allred, Clerk/Recorder**
BOOK 20151105 PAGE 0601
**Acct 1003-SIMPLIFILE**
**Thursday, NOV 05, 2015 12:53:13 PM**
**Ttl Pd    $21.00      Nbr-0008853517**
**TMH/74/1-1**

Exhibit 9

Space above this line for Recorder's use only

Trustee Sale Number: 035408-CA
APN: 031-1490-003-0000

### SUBSTITUTION OF TRUSTEE

WHEREAS, **DONALD CATHERINE, AN UNMARRIED MAN** was the original Trustor, **GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION** was the original Trustee, and **WORLD SAVINGS BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNEES**, was the original Beneficiary, under that certain Deed of Trust dated 11/15/2004 and recorded on 11/23/2004, in Book 20041123, Page 0542, of official records of **Sacramento** County, **California**; and WHEREAS, the undersigned is the present Beneficiary ("Beneficiary") under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under the said Deed of Trust in place and stead of said present Trustee. NOW, THEREFORE, the Beneficiary hereby substitutes, **CLEAR RECON CORP.**, whose address is: **4375 Jutland Drive Suite 200, San Diego, California 92117**, as Trustee so long as in accordance with the Deed of Trust and applicable law. Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated:

_10/29/15_

**WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB F.K.A. WORLD SAVINGS BANK, FSB**

by **Andrea Whitney** of the firm **Aldridge Pite, LLP** as its attorney in fact

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _____CALIFORNIA_____ )
County of _____SAN DIEGO_____ )

On __OCT 2 9 2015__, before me_____**Silver De Vera**_____, Notary Public, personally appeared _ANDREA WHITNEY_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __CALIFORNIA__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
**Silver De Vera**

**OFFICIAL SEAL**
**SILVER DE VERA**
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 2110957
SAN DIEGO COUNTY
MY COMM. EXP. MAY 10, 2019

003-CA-V5

TS No.: 035408-CA

# CLEAR RECON
## CORP

Ehibit 10

12/1/2015

**VIA U.S. MAIL**

DONALD CATHERINE
11 MILAN COURT
SACRAMENTO, CA 95831

Re:     **T.S. No.: 035408-CA**

  Loan No.:              0482559275
  Property Address:      **11 MILAN COURT, SACRAMENTO, CA 95831-5130**

Dear **DONALD CATHERINE**:

Pursuant to and in compliance with the Fair Debt Collection Practices Act (15 U.S.C. 1601 et seq., as amended) Clear Recon Corp. ("CRC"), agent for the current beneficiary under the Deed of Trust, is responding to your correspondence dated November 24, 2015 ("Letter"), regarding the above-referenced Loan and property located at **11 MILAN COURT, SACRAMENTO, CA 95831-5130** ("Subject Property").

Your Letter is being treated as notice of a disputed debt under 15 U.S.C. § 1692g(b). Subsequent to receipt of your Letter, CRC obtained verification of the debt from **Wells Fargo Bank, N.A.**, the servicing agent for the loan at issue. A copy of the Note ("Note") dated **11/15/2004**, executed by **DONALD CATHERINE**, and Deed of Trust ("Deed of Trust") dated **11/15/2004**, executed by **DONALD CATHERINE** are enclosed. The name and address of the original creditor is as follows:

Original Creditor:     **WORLD SAVINGS BANK, FSB**
                       **1901 HARRISON STREET**
                       **OAKLAND, CA 94612**

Please note that Wells Fargo Bank, N.A., successor by merger to Wachovia Mortgage, F.S.B. is formerly known as World Savings Bank, FSB.

Please be advised that CRC is the foreclosure trustee and not the lender or servicer of your loan. Any information regarding the servicing of your loan should be directed to **Wells Fargo Bank, N.A.**

If you have any questions or wish to discuss this matter in greater detail, you may reach me at (858) 750-7600.

**Donald Catherine**
11 Milan Court
Sacramento, Ca 95831

December 10, 2015

Exhibit 11

Clear Recon Corp
4375 Jutland Drive Suite 200
San Diego, California 92117

I am in receipt of the documents you mailed to me post marked 12/3/2015, which I received 12/8/15 via US Mail.

In response to your correspondence dated 12/1/2015 and the other documents enclosed I need time to look these documents over carefully and will respond to the contents on or before 1/8/2016, which is 30 days from the date of receipt.

It is my plans and intentions to work with Wells Fargo Bank and Keep Your Home California, to workout a resolution plan that will prevent forclosure and curtail added expenses.

Sincerely;

Donald Catherine

Faxed to:  (619) 590-1385 (Page 1 of 3)

Print                                                                Close

# 4/28/16 Foreclosure Sale Notice

Exhibit
12
Page 1 of 3

From:  **Donald C.** (ezdc@hotmail.com)
Sent:  Thu 4/14/16 11:10 PM
To:    travis.l.johnson@wellsfargo.com (travis.l.johnson@wellsfargo.com);
       ezdc2002@yahoo.com (ezdc2002@yahoo.com)

Regarding Account # 0482559275

Per my conversation with you, you told me that **"Active Foreclosure Activity"** on my account is **"Suspended"** as long as I am being evaluated for Mortgage Modification Assistance.

Below is a constant notice that I am receiving regarding my property. Because there is a future active **"SALE DATE"** that the public is responding to this does not reflect **"Suspended, Active Foreclosure Activity"**.

This Email Notice and the box of mail that I have collected all indicates **"Active Foreclosure, with a pending Sale Date of 4/28/16"**. This email below, postal mail, and people leaving stuff attached to my door is very alarming, frustrating and depressing, and driving me **physically sick**.

## **CATHERINE** - Loss Mitigation Regarding 11 MILAN CT

---

Dear DONALD  CATHERINE

Important information regarding your Trustee Auction Sale on 4/28/2016

**Click Here to Speak with one of our Legal or Loss Mitigation Professionals**
or call **1(800)719-6795**

(Loss Mitigation Department Working Hours 10:00 AM – 6:00 PM Monday - Friday)

Borrower's Name : DONALD  CATHERINE
Assessor's Parcel Number : 031-1490-003-0000
Lender on file : WELLS FARGO BANK N A.WORLD SAVINGS

File ID Number : LP1B9BB968

*Exhibit 12 Page 2 of 3* (handwritten)

## LOSS MITIGATION PROGRAM IS AVAILABLE <u>AT NO COST TO YOU</u>

     

      

According to **SACRAMENTO County Recorder's Office** and **The Trustee "CLEAR RECON CORP"**, <u>Auction is set for your property</u> located at **11 MILAN CT SACRAMENTO , CA 95831** and will be held on **4/28/2016 - 10:00:00** at **SACRAMENTO COURT HOUSE**

If you have been unable to secure your house using loan modification and worried about what to do next and need more time, we are be able to cancel if not postpone your trustee sale 4-12 months and release you from all the liability and debt and get you up to forty five thousand dollar.

We understand how you feel. In fact many home owners we helped with this program were in exact same situation as you are. By having more time to carefully consider their options and arrange a thoughtful transition they made a better choices for themselves and their families.

Our Loss Mitigation program is absolutely <u>**FREE**</u> initiative whose mission is to :

- Help homeowner <u>avoid foreclosure</u> by informing them of their rights & options when facing foreclosure.
- Help homeowner <u>receive the mortgage debt forgiveness</u> the new foreclosure laws encourage.
- Help homeowner <u>release them from the liability and debt and save their credit</u> from the effect of foreclosure.

**<u>OUR PROGRAM IS AVAILABLE TO YOU AT NO COST - ABSOLUTELY FREE.</u>** Under our Loss Mitigation program, you even be able to receive up to forty five thousand dollar and all consultations, information and support <u>free of charge.</u> We have a team of Attorneys and Loss

mitigation Professionals that can assist you with your case. We are currently helping hundreds

of homeowners receive the right help they need to stop a potential public trustee sale.

To find out if you are qualify and get the free assistance and additional time you needed we

encourage you to schedule a free consultation with one of our Loss Mitigation Specialist using this

link --> **SCHEDULE A FREE CONSULTATION** or **Call 1(800)719-6795**

**(Loss Mitigation Department Hours 10:00 AM – 6:00 PM)**

Remember time is of the essence - the longer you wait, the less likely we will be able to help you.

CLICK HERE **or call 1(800)719-6795 and find out immediately if you qualify**

**(Loss Mitigation Department Working Hours 10:00 AM – 6:00 PM . MON-FRI)**

Refer to File ID Number : **LP1B9BB968**

If you have a Smart Phone or Tablet you can download one of the bar-code scanner apps and scan the

bar-code shown below then you will be redirected to our contact page.



*This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have*
*received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this*
*message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other*
*person. Thank you for your cooperation.*

This message was sent to EZDC2002@YAHOO.COM from:

Kimberly Stevens | kmbrlstevens@gmail.com | Loss Mitigation Firm | 9454 Wilshire Blvd #560 |
Beverly Hills. California 90212

**Unsubscribe**

Email Marketing by
**iContact**

Exhibit
12
page 3 of 3

WELLS FARGO | HOME MORTGAGE

March 7, 2016

002

DCML1TDTTK  009739

||ı|ı||ıı|ıı|ıııı|ı|ı|ı||ı|ıı|ı||ı||ı|ı|ı|ı|ı|ıı|ı||ı|ıı|ı|ıı
DONALD CATHERINE
11 MILAN CT
SACRAMENTO, CA 95831

| Account Information | |
| --- | --- |
| Fax: | 1-866-278-1179 |
| Telephone: | 1-866-234-8271 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 0482559275 |
| Property address: | 11 Milan Court |
| | Sacramento CA 95831 |

Exhibit 13

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Donald Catherine:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

**What happens next**
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact me at the phone number listed below.

Sincerely,

DCML1TDTTK 009739 NNNNNNNNNN NNN NN 001 002    027023    11477026.1

WELLS FARGO | HOME MORTGAGE

March 7, 2016



| Account Information | |
|---|---|
| Fax: | 1-866-359-7363 |
| Telephone: | 1-800-416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 0482559275 |
| Property address: | 11 Milan Court |
| | Sacramento CA 95831 |

DCML1TDTTK 012407

DONALD CATHERINE
11 MILAN CT
SACRAMENTO, CA 95831

*Exhibit 14*

Subject: Important information about your request for a loan modification

Dear Donald Catherine:

I'm writing to follow up with you about your request for a loan modification. As your home preservation specialist and dedicated point of contact, I'd like to thank you for responding to our request for documentation.

**What happens next**
Now that we've received your documents, we'll carefully review what you've submitted to determine if you're eligible for mortgage payment assistance through a loan modification. Please note that it may take up to 30 days for us to review your documents.

If we find additional documents are required to proceed with your request, we'll notify you about the information and due date in a separate letter. It's important for you to respond to all requests for information by the date required or foreclosure proceedings may continue. While we're reviewing your information, we will not take further steps towards foreclosure. If a foreclosure sale date has already been set, we will attempt to postpone the sale, but cannot guarantee it can be postponed.

As a reminder, it's important to consider contacting the servicers of any other loans that are secured by this property to discuss other options that may be available.

**I'm here to help you**
If you have any questions about the information in this letter, I can be reached at the phone number below.

Sincerely,

*TRAVIS JOHNSON*
TRAVIS JOHNSON
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 1-877-371-9960 ext. 4513
Fax: 1-866-590-8910

*WELLS FARGO HOME MORTGAGE*
*RETURN MAIL SERVICES*
*PO BOX 10368*
*DES MOINES IA 50306-0368*



03/09/16

իլՈւիայիիՈւայիՈւիիՈւիրայիՈւիՈւիՈւՈււՈւիգիր

2SP        00116/000116/000576 0001   5 ACTRIC HP601 708

DONALD CATHERINE
11 MILAN CT
SACRAMENTO, CA 95831-5130

| Account Information | |
|---|---|
| **Fax:** | 1-866-590-8910 |
| **Telephone:** | 1-800-416-1472 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of operation:** | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| **Loan number:** | 0482559275 |
| **Property address:** | 11 MILAN COURT |
| | SACRAMENTO CA 95831 |

Subject: Your request for assistance

Exhibit
15

Dear DONALD CATHERINE:

We're responding to your request for assistance and the options that may be available to help you. We realize that the process can take some time, and we appreciate your patience while we review your options.

**Here's what we found**
We carefully reviewed the information you provided us, which included a process that compared your information to the qualifications for assistance associated with your loan. Here is the result of that review.

Program name: Proprietary Step Rate Program
Program description: A proprietary step rate modification is a home preservation option that modifies the original loan terms to temporarily lower the monthly payment over a specified period of time.  If the modification of the loan terms include reduction of the interest rate, the rate will gradually increase over a specified period of time.

At this time, you do not meet the requirements of this program because:
★ You or a co-borrower have reached the allowable number of modifications.

Once we determined that you did not meet the requirements for a particular program, we did not continue to evaluate that program based on other criteria related to your loan type or information you may have supplied. Instead we moved to evaluate you for the next available program based on your information and the qualifications associated with your loan.

**You have the right to appeal this decision**
Carefully read over this letter, which states Wells Fargo's decision. If you believe the decision is incorrect and want to appeal the decision, you may submit your appeal request in writing or by phone.

If you choose to submit your appeal request in writing, we have enclosed an Appeal Request Form for your convenience. Or you can write a letter of your own that explains the reason you disagree with the





HP601 708
00116/000576 ACTRIC S1-ET-M1-C00001



7080482559275HP601

*WELLS FARGO HOME MORTGAGE*
*RETURN MAIL SERVICES*
*PO BOX 10368*
*DES MOINES IA 50306-0368*



03/09/16

 րվիկիկիիկիիիիկիիկիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիի

4SP      00057/000231/000792 0001  14 ACTRICHP602 708

DONALD CATHERINE
11 MILAN CT
SACRAMENTO, CA 95831-5130

| **Account Information** | |
|---|---|
| **Fax:** | 1-866-590-8910 |
| **Telephone:** | 1-800-416-1472 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of operation:** | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| **Loan number:** | 0482559275 |
| **Property address:** | 11 MILAN COURT |
| | SACRAMENTO CA 95831 |

*Exhibit*
*16*

Subject: Your request for assistance

Dear DONALD CATHERINE:

We're responding to your request for assistance and the options that may be available to help you. We realize that the process can take some time, and we appreciate your patience while we review your options.

**Decision on the federal government's Home Affordable Modification Program (HAMP)**
The Home Affordable Modification Program (HAMP) is a written agreement that modifies a customer's original loan terms to create more affordable payments. There are two separate groups of eligibility criteria under HAMP.
HAMP Tier 1: In general, this option may be available to customers whose loan is in default or imminent default (one or more payments are - or will soon be - more than 30 days late) on their primary residence. We carefully reviewed the information you provided us and at this time, you do not meet the requirements of HAMP Tier 1 because:

 You or a co-borrower have reached the allowable number of modifications.

HAMP Tier 2: This option may be available to customers who do not currently meet the qualifications for Tier 1 or may have previously received assistance under Tier 1. We carefully reviewed the information you provided us and at this time, you do not meet the requirements of HAMP Tier 2 because:

Based on the documentation you provided, we are unable to reduce your principal and interest payment by 10% or more. We reached this decision by reviewing your monthly gross income which is calculated as $3,472.00, along with reviewing the other information you provided. Your gross monthly income is your income before taxes and other deductions.

**About the calculation required by the program**
In order for you to have qualified for this program, we were required by the government to calculate the net present value (NPV) for your modification. This calculation is based on a complex formula developed by the Department of the Treasury. We input certain financial information and combine it with information required by the Treasury to determine if the NPV is acceptable to the investor that



HP602 708



7080482559275HP602

Print                                                                        Close

# Your home preservation specialist is informing you of your current application status

From: **Home Preservation Specialist**
        (HomePreservationSpecialist@wellsfargo.com)
Sent:  Thu 4/21/16 3:17 PM
To:    donald@ezpc.com

Exhibit

17



We are sending you a letter to inform you that we will no longer be considering your application for mortgage assistance.

You recently received letters detailing the documents required for us to complete our review of your application. However, we have not received all of the required documents; therefore, we can no longer move forward with your application.

If you have any questions or concerns about this, please call TRAVIS JOHNSON at (877) 371-9960, Ext. 4513. TRAVIS JOHNSON is available Monday - Friday - 8:00 am - 9:00 pm Central Time; Saturday - 8:00 am - 5:00 pm Central Time.

**Please do not reply to this automated email.**

Wells Fargo Bank, N.A. is required by the Fair Debt Collection Practices Act to inform you that if your loan is currently delinquent or in default, as your loan servicer, we will be attempting to collect a debt and any information obtained will be used for that purpose. However if you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our right as against the property and are not attempting any act to collect the discharge debt from you personally.

The state of CA Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.