UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD CATHERINE,

Plaintiff,

v.

WELLS FARGO BANK, NA, et al.,

Defendants.

No. 2:16-cv-0878 MCE CKD PS

ORDER

Defendant Clear Recon Corp. filed a declaration of non-monetary status under California Civil Code § 2924l on July 20, 2016. ECF No. 16. The California statute relied on by defendant is a state procedural rule, and not state substantive law. See Tran v. Washington Mutual Bank, 2010 WL 520878 (E.D. Cal. 2010). This rule is therefore inapplicable in federal court. Moreover, plaintiff has timely filed objections under section 2924l(c).

Accordingly, IT IS HEREBY ORDERED that defendant Clear Recon Corp. shall file a responsive pleading no later than September 9, 2016.

Dated: August 4, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 catherine0878.non-mon