UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CATHERINE, | No. 2:16-cv-0878 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| CLEAR RECON CORP., | |
| Defendant. | |

Plaintiff, proceeding pro se, has filed an ex parte motion for court approval of a lis pendens. Under California Code of Civil Procedure section 405.21, court approval is a prerequisite to recording of a lis pendens signed by a person acting in propria persona.

Plaintiff's request does not set forth the grounds upon which plaintiff claims a right to lis pendens. Plaintiff makes no showing regarding the merits of his claim. See Cal. Code Civ. Proc. § 405.32 (the court "shall order that the notice be expunged if the court finds that the claimant has not established by a preponderance of the evidence the probable validity of the real property claim"). Under these circumstances, the court does not find a lis pendens is warranted.

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's ex parte motion for court
2  approval of lis pendens (ECF No. 24) is denied.
3  Dated:  September 23, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 catherine0878.lispend